(Official Form 1) (12/03)

| FORM 1 | United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**M. G. International, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): **51-0181094** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**725 N. Addison Road<br>Villa Park, IL 60181** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: **Du Page** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) | |
|---|---|---|---|
| ☐ Individual(s) | ☐ Railroad | ☐ Chapter 7 | ■ Chapter 11 | ☐ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9 | ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | | |
| ■ Other **LLC** | ☐ Clearing Bank | | | |

| **Nature of Debts** (Check one box) | | **Filing Fee** (Check one box) |
|---|---|---|
| ☐ Consumer/Non-Business | ■ Business | ■ Full Filing Fee attached |

**Chapter 11 Small Business** (Check all boxes that apply)
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101
- ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ■ | ☐ |

| Estimated Assets | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million |
|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ |

| Estimated Debts | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million |
|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ |

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 06/29/2004
Time: 10:06:57
Debtor: M G INTERNATIONAL LLC
Case: 04-24317   #: 3088186   Fee : 839
Chapter: 11 Rec. #: 3088186
Judge: A Benjamin Goldgar

1:04BK24317-BK001

(Official Form 1) (12/03)

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor(s)
**M.G. International, LLC**

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **Polo Builders, Inc.** | Case Number: **04 B 23758** | Date Filed: **6/23/04** |
| District: **Northern District of Illinois** | Relationship: **Affiliate** | Judge: **A. Benjamin Goldgar** |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

X _____
Signature of Attorney for Debtor(s)
**Steven B. Towbin (#2848546)**
Printed Name of Attorney for Debtor(s)
**Shaw Gussis Fishman Glantz Wolfson & Towbin LLC**
Firm Name
**321 N. Clark Street**
**Suite 800**
**Chicago, IL 60610**
Address
**312-541-0151 Fax: 312-980-3888**
Telephone Number
4/29/04
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual
**Hasan Merchant**
Printed Name of Authorized Individual
**Manager**
Title of Authorized Individual
4/29/04
Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)        Date

**Exhibit C**

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| M. G. INTERNATIONAL, LLC, | ) | Case No. |
| | ) | |
| Debtor. | ) | |

## LIST OF CREDITORS
## HOLDING 27 LARGEST UNSECURED CLAIMS

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), each filed a petition in this Court on June 29, 2004 for relief under chapter 11 of title 11 of the United States Code. The following is a consolidated list of the Debtors' creditors holding the twenty-seven (27) largest unsecured claims (the "Creditors List") based on the information available to the Debtors' board. The Creditors List was prepared in accordance with Federal Rule of Bankruptcy Procedure 1007(d) for filing chapter 11 cases. The Creditors List does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101 or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency qualifies the creditor among the holders of the twenty-seven (27) largest unsecured claims. The information in the Creditors List shall not constitute an admission by, nor is it binding on, the Debtors. The information herein, including the failure of the Debtors to list any claim as contingent, unliquidated or unknown, does not constitute a waiver of the Debtors' right to contest the validity, priority and/or amount of any claim.

| (1)<br>NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2)<br>NAME, TELEPHONE NUMBER (AND FAX NUMBER) AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM WHO MAY BE CONTACTED | (3)<br>NATURE OF CLAIM (Trade Debt, Bank Loan, Government Contract, Etc ) | (4)<br>INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED OR SUBJECT TO SETOFF | (5)<br>AMOUNT OF CLAIM [If secured also state value of security] |
|---|---|---|---|---|
| Mrs. Qamar Tanvir Abbasi<br>1111 Burlington Ave #409<br>Lisle, IL 60532 | Mrs. Qamar Tanvir Abbasi<br>1111 Burlington Ave #409<br>Lisle, IL 60532 | | | $50,000.00 |
| Dr. Mohammed Arain<br>506 Sauk Path<br>Oakbrook, IL 60523 | Dr. Mohammed Arain<br>506 Sauk Path<br>Oakbrook, IL 60523 | | | $100,000.00 |
| Prof. Bala Chandran<br>3269 Prestwick<br>Northbrook, IL 60062 | Prof. Bala Chandran<br>3269 Prestwick<br>Northbrook, IL 60062 | | | $200,000.00 |
| Zahid & Noureen Chohan<br>1741 David Dr.<br>Orlean NY,14760 | Zahid & Noureen Chohan<br>1741 David Dr.<br>Orlean NY,14760 | | | $50,000.00 |
| Rahul & Sujata Deepankar<br>330 Barrington Dr.<br>Bourbonnais, IL 60914 | Rahul & Sujata Deepankar<br>330 Barrington Dr.<br>Bourbonnais, IL 60914 | | | $50,000.00 |
| Mohan & Jayshree Durve<br>13400 County Line Road<br>Hunting Valley, OH 44022 | Mohan & Jayshree Durve<br>13400 County Line Road<br>Hunting Valley, OH 44022 | | | $50,000.00 |
| Talat Ghaus<br>924 Beninford Land<br>Westmont, IL 60559 | Talat Ghaus<br>924 Beninford Land<br>Westmont, IL 60559 | | | $50,320.52 |
| Hansa C. Haria<br>4710 Wildflower Lane<br>Medina , OH 44256 | Hansa C. Haria<br>4710 Wildflower Lane<br>Medina , OH 44256 | | | $50,000.00 |
| MM Haque Trust<br>10 Victoria Court<br>Oak Brook, IL 60523 | MM Haque Trust<br>10 Victoria Court<br>Oak Brook, IL 60523 | | | $100,000.00 |
| Manzoor & Rubar Hussain<br>709 Midwest Club<br>Oak Brook, IL 60523 | Manzoor & Rubar Hussain<br>709 Midwest Club<br>Oak Brook, IL 60523 | | | $50,000.00 |
| Dr. A. Ivankovich<br>526 Woodland Dr.<br>Glenview, IL 60025 | Dr. A. Ivankovich<br>526 Woodland Dr.<br>Glenview, IL 60025 | | | $700,000.00 |
| Vidya S. & Sudha M. Kora<br>5085 Laxita Dr.<br>LaPorte, IN 46350 | Vidya S. & Sudha M. Kora<br>5085 Laxita Dr.<br>LaPorte, IN 46350 | | | $50,000.00 |
| Ravindra & Nirmala Kumar<br>2650 Cedar Crest Ct.<br>Merced , CA 95340 | Ravindra & Nirmala Kumar<br>2650 Cedar Crest Ct.<br>Merced , CA 95340 | | | $100,000.00 |
| Alpana Mukhopadhyay Trust<br>933 Clinton Place<br>River Forest, IL 60305 | Alpana Mukhopadhyay Trust<br>933 Clinton Place<br>River Forest, IL 60305 | | | $50,000.00 |
| Dipankar Mukhopadhyay Trust<br>933 Clinton Place<br>River Forest, IL 60305 | Dipankar Mukhopadhyay Trust<br>933 Clinton Place<br>River Forest, IL 60305 | | | $50,000.00 |
| Arusha & Danial M. Noorani<br>221 W. Schreiber Ave.<br>Roselle, IL 60172 | Arusha & Danial M. Noorani<br>221 W. Schreiber Ave.<br>Roselle, IL 60172 | | | $50,000.00 |
| Dhruvkumar & Kshama Patel<br>31780 Leeward Court<br>Avon Lake, OH 44012 | Dhruvkumar & Kshama Patel<br>31780 Leeward Court<br>Avon Lake, OH 44012 | | | $50,000.00 |
| Mahendra R. Patel<br>3773 W. Devon Ave.<br>Lincolnwood, IL 60712 | Mahendra R. Patel<br>3773 W. Devon Ave.<br>Lincolnwood, IL 60712 | | | $50,000.00 |

{A0068765.DOC}

| (1) NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2) NAME, TELEPHONE NUMBER (AND FAX NUMBER) AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM WHO MAY BE CONTACTED | (3) NATURE OF CLAIM (Trade Debt, Bank Loan, Government Contract, Etc.) | (4) INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED OR SUBJECT TO SETOFF | (5) AMOUNT OF CLAIM [If secured also state value of security] |
|---|---|---|---|---|
| K. Surinder & Tripat Sahajpal 8200 Oak Knoll Drive Burr Ridge, IL 60521 | K. Surinder & Tripat Sahajpal 8200 Oak Knoll Drive Burr Ridge, IL 60521 | | | $250,000.00 |
| Nayeem Shariff 10335 W. 125th Palos Park, IL 60464 | Nayeem Shariff 10335 W. 125th Palos Park, IL 60464 | | | $100,000.00 |
| Rajesh Sharma 3111 Centennial Lane Highland Park, IL 60035 | Rajesh Sharma 3111 Centennial Lane Highland Park, IL 60035 | | | $50,000.00 |
| Dr. Joseph S. Thomas 9615 S. Bell Ave. Chicago, IL 60643 | Dr. Joseph S. Thomas 9615 S. Bell Ave. Chicago, IL 60643 | | | $50,000.00 |
| Dr. Anicia Villa Fria 1886 E. 1850 N. Rd. Watseka, IL 60970 | Dr. Anicia Villa Fria 1886 E. 1850 N. Rd. Watseka, IL 60970 | | | $200,000.00 |
| Dr. Ramon Villa Fria 1886 E 1850 N. Rd. Watseka, IL 60970 | Dr. Ramon Villa Fria 1886 E 1850 N. Rd. Watseka, IL 60970 | | | $150,000.00 |
| Daksha Vyas 330 Diversey Apt. 1008 Chicago, IL 60657 | Daksha Vyas 330 Diversey Apt. 1008 Chicago, IL 60657 | | | $50,000.00 |
| Darsh T. & Usha Wasan 8705 Royal Swan Lane Darien, IL 60561 | Darsh T. & Usha Wasan 8705 Royal Swan Lane Darien, IL 60561 | | | $50,000.00 |
| Geeta Gupta 19 Mitchell Ave. Centralia, IL 62801 | Geeta Gupta 19 Mitchell Ave. Centralia, IL 62801 | | | Unknown |

I, the Manager of the LLC named as the Debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding the 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Dated: 6/29/04

Signature: _____
Hasan Merchant
Manager

{A0068759.DOC}

## United States Bankruptcy Court
### Northern District of Illinois

In re   M.G. International, LLC

Debtor(s)

Case No.

Chapter   11

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the LLC named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:

Hasan Merchant/Manager
Signer/Title

22nd Century Partners Ltd
c/o Weissberg & Associates, Ltd.
401 S. LaSalle Street #403
Chicago, IL 60605

A & Sons Concrete
2849 North Ruby
Franklin Park, IL 60131

A&J Concrete
119 Turner Ct.
West Chicago, IL 60185

Abbott Tree Care
841 Bloomingdale Road
Glen Ellyn, IL 60137

AC Snelton
5 Hillview Drive
Barrington, IL 60010

Acres Group
PO Box 448
610 W. Liberty Street
Wauconda, IL 60084

Action Caulking & Sealant
138 W. Lake Street
Melrose Park, IL 60164

ADT Security
111 Windsor Dr.
Oak Brook, IL 60523

Advanced Fire & Security Systems
12540 Holiday Dr., Suite C
Alsip, IL 60803

Agrani Inc (Jignesh Patel)
16 W. 621 S. Frontage Road
Willowbrook, IL 60527

AIPEA

Air Tours
2609 W. Devon Ave.
Chicago, IL 60659


Airbourne Express
PO Box 91001
Seattle, WA 98111


Ajax Waste Services
PO Box 2102
Joliet, IL 60434-2102


Ajay Zaveri
2442 S. Brunswick Cr.
Woodridge, IL 60517


Alan Horticultural
1409 Joliet Road
Lemont, IL 60439


Alarm Monitor Inc.
2859 Central #138
Evanston, IL 60201


Albrecht Enterprises Inc.
c/o Brian T. Garelli & Associates
340 W. Butterfield 2A
Elmhurst, IL 60126


Alexander Lumber Co.
100 Barney Dr.
Joliet, IL 60435


Alexander Lumber Co.
201 Virginia Rd.
Box 348
Crystal Lake, IL 60039-0348


Alise Napiorski
950 S. Wisconsin St.
Addison, IL 60101


All Brite Cleaning
5410 Sullivan Pass
Algonquin, IL 60102

All Line Electric Co.
520 Quail Hollow, Suite 100
Wheeling, IL 60090


All Seasons Pavers & Plants
PO Box 562
Worth, IL 60482


Alpana Mukhopadhyay Trust
933 Clinton Place
River Forest, IL 60305


Alpha Printing
66 W. 63rd St.
Willowbrook, IL 60527


Alright Concrete
1500 Ramblewood Drive
Streamwood, IL 60107


Amarit and Kulwinder Sandhu
2010 Arbor Vitae Dr.
Hanover Park, IL 60133


Ameri Temp Limited
3 W. College Drive
Arlington Heights, IL 60004


Amerigas
522 S. Vermont St.
Palatine, IL 60067


Ameriglass & Mirror
2300 S. Eastwood Dr.
Woodstock, IL 60098


Amerisource Publications
PO Box 2661
Champlain, NY 12919


Ameritech
Bill Payment Center
Saginaw, MI 48663-0003

Amex Tax Svc
One South Wacker Dr., Suite 800
Chicago, IL 60606-7494


Amrit Patel
6916 N. Chicago Ave.
Chicago, IL 60646


Amron Stair Works
152 Industrial Dr.
Gilberts, IL 60136


Anand Dhanda
8218 Daniels Purchase Way
Millersville, MD 21108


Anchor Plumbing
13N227 Coombs Road
Elgin, IL 60123


Anehi Rivera
452 Englewood
Hillside, IL 60162


Anicia Villa Fria & Ross del Fierro
802 S. 3rd. St.
Watseka, IL 60970


Anita Chugh
3773 W. Devon Ave.
Lincolnwood, IL 60712


Anrub, One
c/o Aronberg Goldgehn Davis
One IBM Plaza #3000
Chicago, IL 60611


Ansub (Subash Aggarwal)
3773 W. Devon Ave.
Lincolnwood, IL 60712


Anthony Maucieri
310 Duane Street, Unit 3
Glen Ellyn, IL 60137

Antonio Fontel
c/o Michael Boltz
201 N. Church
Bensenville, IL 60106


Anytime Heating
10S 264 Schoger Road
Naperville, IL 60564


Apartment People
c/o Neal Murdock & Leroy LLC
203 N. LaSalle #2300
Chicago, IL 60601


Apollo Protable Toilets
PO Box 497
Lincolnshire, IL 60069


ARC
1234 S. Michigan Ave.
Chicago, IL 60605


Arthur Weiler Inc.
12247 West Russell Road
Zion, IL 60099


Aruna/ Suresh Vade (22 Century LLC)
3773 W. Devon Ave
Lincolnwood, IL 60712


Arusha & Danial M. Noorani
221 W. Schreiber Ave.
Roselle, IL 60172


Asbach Vanslow, Inc.
1000 Brown Street, Suite 31
Wauconda, IL 60084


Ashok Gupta (ASG)(22 CenturyLLC)
3773 W. Devon Ave.
Lincolnwood, IL 60712

Aspen Publishers
Aspen Law & Business
PO Box 64829
Baltimore, MD 21264-4829


Astro Industries
6115 Rt. 31
Ringwood, IL 60072


AT&T
One Main Street
PO Box 277019
Atlanta, GA 30384-7019


Ayesha Zaheer
3 Sheffield Lane
Oak Brook, IL 60523


Barbara Runyard
2104 Ardaugh
Joliet, IL 60435


Barrington Pools Inc.
PO Box 3906
Barrington, IL 60011-3906


Batavia Can Company
PO Box 1593
Aurora, IL 60507-1593


BECO Electric Co., Inc.
5627 W. 120th Street
Alsip, IL 60803


Behlul Zakiuddin
10 S. 260 Rt. 83
Willowbrook, IL 60527


Belinda Cisneros
6218 S. Massasolt Ave.
Chicago, IL 60638


BFI
630 S. Hicks Road
Palatine, IL 60067-6944

Bharat Patel (Eros Software)
1300 S. Roselle Rd
Schaumburg, IL 60193


Bhavna Mehrotra
6005 Stewart Dr. 316
Downers Grove, IL 60515


Bhupendra Latamba
2160 Cherry Lane, Apt. 102
Lisle, IL 60532


Bhupinder Bedi (22 Century LLC)
3773 W. Devon Ave.
Lincolnwood, IL 60712


Bibi Magazine
2480 Times Blvd., Suite 209
Houston, TX 77005


Bijal Parikh
9101 W. Oak Park Ave.
Des Plaines, IL 60016


Biren Shah
2600 W. Bryn Mawr
Chicago, IL 60659


Biz Friendly
2660 20th Street
Port Huron, MI 48060


Blanchard Collins Electrical
10737 Wolf Drive
Huntley, IL 60142


Blanford Design
10350 Argonne Dr., Suite 100
Woodridge, IL 60517


Blasen Garage Door Co., Inc.
625 Lunt Avenue
Schaumburg, IL 60193

Blitz Media, Inc.
6229 N. Richmond, Suite #1
Chicago, IL 60659


Blue Cross Blue Shield
PO Box 1186
Chicago, IL 60690


Bornquist Inc.
7050 N. Lehigh Ave
Chicago, IL 60646


Briggshaw
29 W110 Butterfield Rd., Suite 101
Warrenville, IL 60555


Broadway Bank
Attn: Demetris Giannoulias
5960 N. Broadway
Chicago, IL 60660


Broadway Bank
Demetris Giannoulias
5960 N. Broadway
Chicago, IL 60660


Broadway Bank
c/o Falmm & Teibloom Ltd.
20 N. Clark St. #2200
Chicago, IL 60602


Builders Insulation
2304 Spring Drive, Suite D
Spring Grove, IL 60081


Building 2000
PO Box 68877
Schaumburg, IL 60168-0877


Cable Plus
9594 First Ave. NE #203
Seattle, WA 98115-2012

Cardinal Excavating
116 Long Ave.
Roselle, IL 60172

Carrera Concrete
c/o Addis Greenberg & Schultz
707 Skokie Blvd. #540
Mundelein, IL 60060

Casco Industries
540 W. Division St.
South Elgin, IL 60177

Casey Transport
1500 W. Fullerton Avenue
Addison, IL 60101

CB Digital Imaging
642 S. Roselle
Schaumburg, IL 60193

CDW Computers
PO Box 75723
Chicago, IL 60675-5723

CDW Corporation
c/o The Chaet Kaplan Firm
30 N. LaSalle St. #1520
Chicago, IL 60602

Central Building & Preservation
1071 West Fry Street
Chicago, IL 60622

Century Automatic Sprinkler
1570 St. Paul Avenue
Gurnee, IL 60031

Chandrakant & Kokila Patel
8523 W. Elizabeth St.
Niles, IL 60714

Charleston Cabinet & Door
1519 E. Main Street
Saint Charles, IL 60174

Chawla & Associates
2132 Deepwater Lane, Suite 216
Naperville, IL 60564


Chicago Masonry
841 N. Addison Avenue
Elmhurst, IL 60126


Chicago Sun Times
401 N. Wabash Ave.
Chicago, IL 60611-3532


Chicago Title Insurance
1700 S. Elmhurst Road
Mount Prospect, IL 60056


Chicago Tribune Co.
c/o Michael D. Weis
PO Box 1166
Northbrook, IL 60065


Chitarhar Broadcasting
220 S. State St.
Suite 1410
Chicago, IL 60604


Christopher Nagy
353 S. Hale St.
Palatine, IL 60067


CIMCO Communications
PO Box 95900
Chicago, IL 60694-5900


Cingular Wirless
PO Box 806055
Chicago, IL 60680-6055


Citibank - Ken Kreisel
Citicorp Center
500 W. Madison St. 5th Floor
Chicago, IL 60661

CitiCapital
PO Box 8500-9805
Philadelphia, PA 19178-9805

City Glass & TV Hardware
921 S. Western Ave.
Chicago, IL 60612

City of Aurora
44 E. Downer Place
Aurora, IL 60507

City of Darien
1702 Plainfield Rd.
Darien, IL 60561

City of Des Plaines
1420 Miner St.
Des Plaines, IL 60016

City Water International
2811 S. Fairfield Ave
Lombard, IL 60148

CMD
PO Box 2241
Carol Stream, IL 60132-2241

Combined Specialty Insurance
135 S. LaSalle Street
Dept. 8385
Chicago, IL 60674-0001

Comed
Bill Payment Center
Chicago, IL 60668-0001

Comfort Inn Int'l
2550 Landmeier Road
Aurora, IL 60504

Community Bank of Ravenswood
Eric Hubbard
2300 W. Lawrence Ave.
Chicago, IL 60625

Compass Consulting Group
2631Ginger Woods Parkway
Suite 100
Aurora, IL 60504


Competitive Door & Supply
7744 W. Monroe
Forest Park, IL 60130


Concept Plumbing
7080 Barry Avenue
Des Plaines, IL 60018


Conick & Conick
321 S. Wheaton Ave.
Wheaton, IL 60187


Constant Electric
662-666 Albion
Schaumburg, IL 60193


Construction Consulting Svcs
1240 N. Homan Avenue
Chicago, IL 60651


Construction Lending- Myles Milek
100 S. Wacker Dr. Suite 1700
Chicago, IL 60606


Continental Engineering
PO Box 654
2099 Stonington Ave.
Schaumburg, IL 60195


Cook County Collector
PO Box 802448
Chicago, IL 60680-2448


Corecom
PO Box 790352
Saint Louis, MO 63179-0352

Cory & Associates
One Lincoln Center
Suite 1600
Villa Park, IL 60181-4260


Cory Andrew
c/o Edward T. Joyce & Assoc.
11 S. LaSalle Street #1600
Chicago, IL 60603


Cowhey Gudmundson Leder, Ltd
300 Park Boulevard
Suite 205
Itasca, IL 60143


Create A Check
Attn: Accounts Receivable
2302 S. Presidents Dr.
Salt Lake City, UT 84120


Crystal Lake Fire Department
121 W. Woodstock
Crystal Lake, IL 60014


CSC Office Automation
3215 Algonquin Road
Rolling Meadows, IL 60008


Custom Roofing
180 Detroit Street, Suite A
Cary, IL 60013


D&B Advertising
579 W. North Ave., Suite 300
Elmhurst, IL 60126


D&P Construction
8601 W. Bryn Mawr Ave.
Chicago, IL 60631-3501


Daksha Vyas
330 Diversey Apt. 1008
Chicago, IL 60657

Dan Kordick
276 N. Addison
Elmhurst, IL 60126


Daniel J. Kollias
1 N. 141 County Farm Rd. #230
Winfield, IL 60190


Daniel Kollias
1 N 141 County Farm Road #230
Winfield, IL 60190


Darien Woods HOA
750 Lake Cook Road, Suite 190
Buffalo Grove, IL 60089


Darsh T & Usha Wasan
8705 Royal Swan Lane
Darien, IL 60561


David Maines (Prism)(22 Century LLC
3773 W. Devon Ave.
Lincolnwood, IL 60712


David Nelson
1128 Quanset Ct.
Schaumburg, IL 60194


David Placek
6900 Osage Ave.
Downers Grove, IL 60516


David Stieper
2300 N. Barrington Road
Schaumburg, IL 60195


David Wayne Carpenter
116 North Aldine
Elgin, IL 60123


Dean Dabbah
4851 Dhornbark Dr.
Barrington, IL 60010

Deborah Tyler Willford
6313 For Run Lane
Matteson, IL 60443


Deepak Jain
915 Hamlin Street
Evanston, IL 60201


Dell Financial Svc.
Payment Processing Center
PO Box 529
Carol Stream, IL 60197-5292


Delta Landscape & Snow Plowing
32 Petrick Lane
Crystal Lake, IL 60014


Deol Pritam
c/o Andrew Splegal, Chawla Group
15 Spinning Wheel Road
Hinsdale, IL 60521


Design & Construction Resource
PO Box 52470
Irvine, CA 92619-2470


Dharmendra, Patel
1713 Chariot Ct. Apt. 2B
Mount Prospect, IL 60056


Dhruvkumar & Kshama Patel
31780 Leeward Court
Avon Lake, OH 44012


Diamic Electric
15426 70th Court
Orland Park, IL 60462


Diamonte Lazak
216 W. Higgins Road
Park Ridge, IL 60068


Dinesh Ganhi
3901 Charlie Ct.
Glenview, IL 60025

Dipak Jain
915 Hamlin St.
Evanston, IL 60201


Dipankar Mukhopadhyay Trust
933 Clinton Place
River Forest, IL 60305


Direct Fitness Solutions
1312 Armour Blvd.
Mundelein, IL 60060


Directionsl Strategies, Inc.
1115 W. Tower Road
Schaumburg, IL 60173


Distinctive Business Products
PO Box 5940
Carol Stream, IL 60197-5940


DME Access
2215 Cornell Ave.
Montgomery, IL 60538


Donald Bernacchi
1360 Powderhorn
Algonquin, IL 60102


Donald Garvey & Associates
1 S. 376 Summit
Villa Park, IL 60181


Donald Wilson
312 W. Randolph #200
Chicago, IL 60606


Donald Zimmerman & Associates
550 Frontage Rd.
Suite 3805
Winnetka, IL 60093


DR Window Works
6767 Fieldstone Dr.
Hinsdale, IL 60521

Dr. A. Ivankovich
526 Woodland Dr.
Glenview, IL 60025


Dr. Abbas Zarif
3525 S. Cass Ave.
Oak Brook, IL 60523


Dr. Ahkter
6758 N. Leroy Ave.
Lincolnwood, IL 60712


Dr. Anicia Villa Fria
1886 E. 1850 N. Rd
Watseka, IL 60970


Dr. Joseph S. Thomas
9615 Bell Ave.
Chicago, IL 60643


Dr. Karim Valika


Dr. Lam
702 W. Revera Lane
Palatine, IL 60067


Dr. Mohammad Arain
506 Sauk Path
Oak Brook, IL 60523


Dr. N.P. Dahodwala
900 S. Frontage Road #110
Woodridge, IL 60517


Dr. Ram Garg
22997 Hall Road
Woodhaven, MI 48183


Duane Morris
Payment Processing
One Liberty Place
Philadelphia, PA 19103-7396

Dynamic Drywall
947 Leverenz Road
Naperville, IL 60565


Early American Drywall
1055 S. Courtesy Ln.
Wheeling, IL 60090


Edward Feuling
2627 N. Highland
Arlington Heights, IL 60004


Edward Hines Lumber Co.
7707 Blivin Rd.
Spring Grove, IL 60081


Elite Excavating
1933 Lily Lane
Round Lake, IL 60073


Emalfarb Swan & Bain
440 Central Ave
Highland Park, IL 60035


Engineering Power Solutions
2385 Hammond Dr.
Suite 107
Schaumburg, IL 60173-3844


Environmental Consulting Group
901 W. Jackson Blvd., Suite 203
Chicago, IL 60607


Environmental Mgt Resource
16W251 Frontage Rd.
Suite 28
Willowbrook, IL 60527


EP Connell & Assoc
21 Rob Lane
Unit C
Prospect Heights, IL 60070

Eric Ferleger
29 S. LaSalle St. #300
Chicago, IL 60603


Eric P. Ferteger
29 S. LaSalle #300
Chicago, IL 60602


Essex Insurance Co.
c/o Jay Levy
10 S. LaSalle St., #900
Chicago, IL 60603


Ever-Ready Cleaning Svc
PO Box 694
Grayslake, IL 60030


EW Window Cleaning
14139 Western Ave. #14
Blue Island, IL 60406


Excel Companies Inc.
725 Armstrong Dr.
Buffalo Grove, IL 60089


Express Marketing Inc.
530 Pratt Ave. N
Schaumburg, IL 60193-4555


Express Signs & Graphics
6349 N. Fairfield
Chicago, IL 60659


Extreme Snow & Ice Control
4109 Highland Ave.
Downers Grove, IL 60515


F&F Plumbing
2508 Colby Drive
Mchenry, IL 60050


F&H Supply Corp.
c/o Abrams & Abrams
75 E. Wacker Dr. #320
Chicago, IL 60601

Faiz Ali
4180 N. Marine Dr,
#606
Chicago, IL 60613


Falcon Green Homeowners Association
c/o Property Specialists
5999 S. New Wilkie Rd., Suite 400
Rolling Meadows, IL 60008


Farida Darigar
361 Ceder Tree
Schaumburg, IL 60194


Figuero Building Services
501 Juniper Drive
North Aurora, IL 60542


First Midwest Bank
John Leahy
17500 S. Oak Park Ave.
Tinley Park, IL 60477


Flooring Dimensions Inc.
PO Box 7834
Algonquin, IL 60102


Floyd Construction
24 E. Sunset Dr.
Villa Park, IL 60181


Force Electric Inc.
5031 Mulford Street
Skokie, IL 60077


Fortune
PO Box 60001
Tampa, FL 33660-0001


Foster Industrial
4963 27th Ave.
Rockford, IL 61109

Fox Metro Water Reclaimation
PO Box 109
Montgomery, IL 60538


Frank Montgomery
1420 Renaissance Dr.
Suite 408
Park Ridge, IL 60068


Garage Scape
7600 W. 27th Street
Suite 230
Minneapolis, MN 55426


Garavi Gujrat Publications
2020 Beaver Ruin Road
Norcross, GA 30071


Gary Tucker
2205 Kipling Lane
Highland Park, IL 60035


GDK Glass & Mirror
1549 Bournon Parkway
Streamwood, IL 60107


GE Capital
PO Box 640506
Pittsburgh, PA 15264-0506


Geeta Gupta
19 Mitchell Avenue
Centralia, IL 62801


General Motors Acceptance Corp
Payment Processing Center
PO Box 5180
Carol Stream, IL 60197-5180


Gerald Heinz & Associates
206 N. River St.
Dundee, IL 60118

Gerard Charles Martin
440 N. Wabash #2909
Chicago, IL 60611-3561


GMAC
Payment Processing Center
PO Box 5180
Carol Stream, IL 60197-5180


Goodson Manley & Durfee PLC
2025 N. Third Street
Phoenix, AZ 85004-1488


Gordi Kapur
1850 Bolleana Ct.
Schaumburg, IL 60195


Goyal Financial
8301 Parkside
Morton Grove, IL 60053


Great Western Flooring
31 Kendall Point Dr.
Chicago, IL 60659


Gregory Gaarbo
c/o Schenk & Annes Ltd.
311 S. Wacker Dr. #5125
Chicago, IL 60606


Groot Recycling
2500 Landmeier Rd.
Elk Grove Village, IL 60007


Group Arcreo
6050 N. Keystone Ave.
Chicago, IL 60646


GTL Total Lanscaping
4N328 Powis Rd.
West Chicago, IL 60185


Guatam Patel
3773 W. Devon Ave.
Lincolnwood, IL 60712

Gupta Narendra
c/o Michael C. Goode
11 S. LaSalle
Chicago, IL 60603

Guy Sheldon
1339 W. Addison
Chicago, IL 60613

Hamdard Center For Health
Human Services
96 W. Moreland, Suite 10
Addison, IL 60101

Hansa Haria
4710 Wildflower Lane
Medina, OH 44256

Haresh Modi (TC)
3773 W. Devon
Lincolnwood, IL 60712

Harry Shah (Princ)
9238 Normady
Morton Grove, IL 60053

Hasan Merchant
1 Falcon Lakes Dr.
Barrington, IL 60010

Hashim Imam
193 Mtn Laurel Ct.
Midlothian, IL 60445

Hatim Hamiduddin
354 Woodstock Rd.
Oxford, England OX28BZ

Hayes Mechanical Inc.
2160 N. Ashland
Chicago, IL 60614-3024

Hema Bhatt
3773 W. Devon Ave.
Lincolnwood, IL 60712

Henry Boysen Co. Inc.
20 W. North Street
Grayslake, IL 60030-1000


Herz Construction
9 S 116 Frontage Road, Suite #208
Clarendon Hills, IL 60514


HH Holmes Testing Labs
170 Shepard Avenue
Wheeling, IL 60090


Hinckley Spring Water
PO Box 1888
Bedford Park, IL 60499-1888


Hitendra Desai
1709 E. Peach Tree Dr.
Arlington Heights, IL 60004


Hitendra Shah
817 Constance Lane
Sycamore, IL 60178


Hitendra Shah (Twinkle Inc.)
3773 W. Devon Ave.
Lincolnwood, IL 60712


Hoida Lumber & Components
Hoida East
1599 University Ave,
Green Bay, WI 54302


Home Builders Association
1919 S. Highland Ave., Suite 225A
Lombard, IL 60148-6180


Ibarras Concrete
541 Jennings
Lake In The Hills, IL 60156


Ideal Drywall/Decorating Inc.
1480 Illinois Parkway
Elgin, IL 60123

Illinois Department of Revenue
100 W. Randolph Street
Chicago, IL 60602


Illinois Dept of Employment Securit
Bankruptcy Unit, 3rd Floor
401 S. State
Chicago, IL 60605


Illinois Pump Inc.
2525 South Clearbrook
Arlington Heights, IL 60005


Imperial Improvements Inc.
1764 Euclid Ave.
Mount Prospect, IL 60056


Imperial Tile & Marble
1464 W. 37th Street
Chicago, IL 60609


Inam Khan
1 S. 526 Rt. 53
Glen Ellyn, IL 60137


India Post
2335 W. Devon Ave.
Chicago, IL 60659


India Tribune Corp
3302 W. Peterson Ave.
Chicago, IL 60659


Indian Garden Restaurant
247 E. Ontario
2nd Floor
Chicago, IL 60611


Industrial Door Company
Chicago, Inc.
2351 Brickvale Dr.
Elk Grove Village, IL 60007

Indymac Bank
100 S. Wacker Dr.
Suite 1700
Chicago, IL 60606


Infinity Holdings Corp
c/o Ross Dixon & Bell
Three 1st National Plaza #525
Chicago, IL 60602


INFO1
23622 Calabasas Road
Suite 123
Calabasas, CA 91302


Inger Freund
5414 Hill Road
PO Box 384
Richmond, IL 60071


Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn Street
Chicago, IL 60604


IREX Professional
171 Annandale Dr.
Lake In The Hills, IL 60156


ISS Chicago Sound & Communication
3765 N. Wilton Ave
PO Box 13456
Chicago, IL 60613-0456


IVI International Incl
105 Corporate Park Dr.
West Harrison, NY 10604


J&S Excvating Inc.
9645 Woodstock Road
Garden Prairie, IL 61038


J&W Trenching
28 W 074 Industrial Avenue
Barrington, IL 60010

Jack D. Franks
19333 E. Grant
PO Box 5
Marengo, IL 60152

Jagdish & Padma Mundhra
5825 Theobald Rd.
Morton Grove, IL 60053

Jamali Kopy Kat
2501 St. Charles Road
Bellwood, IL 60104

James and Daryl Miller
c/o Charles Hartnett
PO Box 1014
Crystal Lake, IL 60014

Jason Korpela

Jay & Smita Shah
1164 Dorset Dr.
Wheaton, IL 60187

Jay Parikh
3773 W. Devon Ave.
Lincolnwood, IL 60712

Jensen & Jensen Architects & Engine
2000 Spring Road, Suite 620
Oak Brook, IL 60523

Jerry Sangchantar

Jhankar
178 Hillandale Dr
Bloomingdale, IL 60108-1164

JMAR Overhead Doors
119 E. Butterfield Road
North Aurora, IL 60542

JMB Electric
78 W. Seegers Rd.
Arlington Heights, IL 60005


JMK ELectric Co.
1030 Bluebird Land
Roselle, IL 60172


John Garvis
c/o Peter G. Swan
440 Central Ave
Highland Park, IL 60035


John Givaris
4141 W. Devon
Chicago, IL 60646


John R. Buscher
Walinski & Trunkett, P.C.
25 E. Washington #1221
Chicago, IL 60602


John Spot Portable Services
1565 Aurora Ave.
Aurora, IL 60504-8703


Jon Woodring
c/o Pekin Levin & Associates
200 N. LaSalle #2300
Chicago, IL 60601


Jose Zavala
3942 W. Leland
Chicago, IL 60625


Jotwani Prakash
c/o Fuchs & Roselli Ltd.
440 W. Randolph #500
Chicago, IL 60606


Julie Harness
c/o Michelle Courier
19333 E. Grant Hwy. PO Box 5
Marengo, IL 60152

K Hoving Recycling & Disposal
3 N 551 Powis Rd.
West Chicago, IL 60185

K. Johnston & Ping Wang
PO Box 68611
Schaumburg, IL 60168

K. Surinder & Tripat Sahajpal
8200 Oak Knoll Dr.
Burr Ridge, IL 60521

K2 Construction
6701 Sweetbriar Lane
Darien, IL 60561

Kadva Patidar Samaj
7639 Manchester Manor
Bartlett, IL 60103

Kalpana Chotalia
3773 W. Devon Ave.
Lincolnwood, IL 60712

Kane County Collector
710 S. Batavia Ave., Bldg A
Geneva, IL 60134

Kanzler Landscape Contractor
PO Box 626
Wauconda, IL 60084

Karamat U. Sheikh
24 St. Charles Pl.
Highland Park, IL 60035

Kari Kratochvil
79 Regend Dr.
Oak Brook, IL 60523

Kathleen Judy
311 N. Second St.
Suite 202A
Saint Charles, IL 60174

Katten Muchin & Zavis
525 W. Monroe St., Suite 1600
Chicago, IL 60661-3693


KCD Consultants
16144 S. Bell Road
Lockport, IL 60441


KDA
133 S. Rohlwing Rd.
Addison, IL 60101


Kempster Keller & Lenz Calvo
332 S. Michigan Ave. #860
Chicago, IL 60604


Ketan Kamdar
3065 Dell Place
Glenview, IL 60025


Kevin Basham
4625 N. Winchester Ave. #219
Chicago, IL 60640


Kevin Johnson
c/o Joseph McMahon
4343 Commerce Court, #415
Lisle, IL 60532


Kevin Mortell
Baker Miller Markoff & Krasny LLC
11 S. LaSalle St., 19th Fl.
Chicago, IL 60603


Khalil Barbari
2201 Westwood
Crystal Lake, IL 60012


Khalil Barbari (Charlie)
2201 S. Westwood Dr.
Hillside, IL 60162


Khuzema Merchant
9049 Falcon Greens Dr.
Crystal Lake, IL 60014

Kim K. Lee


Kishore Chugh (22 Century LLC)
3773 W. Devon Ave.
Lincolnwood, IL 60712


Klehm Nursery
197 Penny Road
Barrington, IL 60010-9390


Koecritz
1400 Hicks Road
Rolling Meadows, IL 60008


Lakewood Countertip
155 S. Rohlwing Rd., Suite C
Addison, IL 60101


Land Technology
5116 W. Elm Street
Mchenry, IL 60050


Landscape Concepts Management
PO Box 769
Grayslake, IL 60030-0769


Langraphs, Ltd.
c/o Gary K. Mickey
2111 Plum Street, 2nd Floor
Aurora, IL 60507


Lawrence Liebman
PO Box 736
Chicago, IL 60653


Leon Grimes
1886 Carnation Ct.
Aurora, IL 60506


Leon Wexler
77 W. Washington #1618
Chicago, IL 60602

LikNu Poreclain
179 Woodbury Rd.
Hicksville, NY 11801


Lindsey & Sons
9200 S. Kingery Rd.
Hinsdale, IL 60521


Lisa Coffee
5 W. Merchants Dr.
Oswego, IL 60543


Littman Bros Lighting Corp
900 Estes Court
Schaumburg, IL 60193


Lorenzo's Landscaping
1910 Cobblestone Lane
Mchenry, IL 60050


Luis Rodriguez
7008 Lowell Dr.
Carpentersville, IL 60110


LVI Environmental Svcs, Inc.
621 E. Wildwood Ave.
Villa Park, IL 60181


Lynwood Sign Company
1200 E. Golf Road
Des Plaines, IL 60016


Madan Kulkarni
8408 Redtail Dr.
Crystal Lake, IL 60014


Mafat Patel
3773 W. Devon Ave.
Lincolnwood, IL 60712


Mahendra B. Patel
3773 W. Devon Ave.
Lincolnwood, IL 60712

Mahendra B. Patel (Harvey Health)
3773 W. Devon Ave.
Lincolnwood, IL 60712


Manco Construction
2735 N. 73rd Court
Elmwood Park, IL 60707


Manco Homes
2735 N. 73rd Court
Elmwood Park, IL 60707


Maneval Construction Co. Inc.
211 S. Rt. 83 Maneval Drive
Grayslake, IL 60030


Manisah Chotalia
3773 W. Devon Ave.
Lincolnwood, IL 60712


Manjula Juluri
9016 Falcon Greens
Crystal Lake, IL 60014


Manoj Ajmera (22 Century LLC)
3773 W. Devon Ave.
Lincolnwood, IL 60712


Manzoor & Rubar Hussain
709 Midwest Club
Oak Brook, IL 60523


Marianne Colello
7237 W. Addison 2N
Chicago, IL 60634


Mark & Cynthia Smith
c/o Gregory Waggoner
Four N. Walkup Av.
Crystal Lake, IL 60014


Mark & Cynthia Smith
2030 Leisure Blvd.
Holland, MI 49424

Mark F. Kalina
100 W. Roosevelt Road
Suite A-1
Wheaton, IL 60187

Mark Painting
2560 West Ave.
Chicago, IL 60630

Mark Patenaude
35 Prairie Point Lane
Streamwood, IL 60107

Marshall Dickler
85 W. Algonquin Rd.
Arlington Heights, IL 60005

Mathias Jan Architect
334 Colfax, Suite D
Palatine, IL 60067

Matthew Typl
950 W. Washington #302
Oak Park, IL 60302

Maureen Gonzalez
3942 S. Leland
Chicago, IL 60625

MB Cultured Marble
35 Burdent Dr.
Crystal Lake, IL 60014

McGinty Bros
3744 RFD Cuba Rd.
Lake Zurich, IL 60047-7958

MCI Residential
PO Box 17899
Denver, CO 80217-0890

Media Insight Inc.
1020 S. Park Blvd.
Streamwood, IL 60107-2149

Merk Capital Corp
1605 Belle Haven Dr., Suite 200
Grayslake, IL 60030


Metlife
120 E. Ogden Ave., Suite 100
Hinsdale, IL 60521


Metlife Small Business Center
PO Box 804466
Kansas City, MO 64180-4466


Metro Supplies & Service
7550-3 Bristol Lane
Hanover Park, IL 60133


Metropolitan Sweeping
PO Box 793
Lombard, IL 60148


Mid American Heating
2402 Spring Ridge Dr., Suite 1
Spring Grove, IL 60081


Mid American Title
149 N. Virginia Stree
PO Box 373
Crystal Lake, IL 60039-0373


Midwest Bank & Trust Company
c/o M. Flynn/Business Legal Svc
936 Maple Ave.
Downers Grove, IL 60515


Midwest Bank & Trust Company
John Spear and Mary Henthorn
500 West Chestnut
Hinsdale, IL 60521


Midwest Trust Services, Inc.
1606 N. Harlem Ave.
Elmwood Park, IL 60707-4396

Minasha Chotalia
3773 W. Devon Ave.
Lincolnwood, IL 60712


Minnesota Financial Corp
1111 Old Eagle School Rd.
Wayne, PA 19087


Mitch's Greenthumb Landscaping
32285 N. Alleghany Road
Grayslake, IL 60030


MK Zafar CPA
2704 W. Peterson Ave.
Elmwood Park, IL 60707


MM Haque Trust
10 Victoria Ct.
Oak Brook, IL 60523


Model Cleaning
835 Oak Street
Roselle, IL 60172


Mohammed Dawood
4401 W. Estes
Lincolnwood, IL 60712


Mohan & Jayshree Durve
13400 County Line Rd.
Chagrin Falls, OH 44022


Monster.Com
22446 Network Place
Chicago, IL 60673


Mule Construction
164 Rosedale Court
Bloomingdale, IL 60108


Mustansir Cash
3 B Kingery Quarters, #208
Hinsdale, IL 60521

N. Nathwani
2439 Brunswick Circle
Woodridge, IL 60517


Nand Belani (22 Century LLC)
3773 W. Devon Ave.
Lincolnwood, IL 60712


Naperville Svc.
888 S. Rt. 59, Suite 112
Naperville, IL 60540


Narendra Mehta
648 Suncrest Dr.
Aurora, IL 60506


Narendra Soni


Nathan Zabatowsky
401 67th Ct.
Downers Grove, IL 60516


National B'ness Info Exchange
6226 4th Street
Chesapeake Beach, MD 20732


Natural Floors Inc.
5268 N. Cicero Ave.
Chicago, IL 60630


Naubahar
6423 N. Albany, 2nd Floor
Chicago, IL 60645


Nayeem Shariff
10335 W. 125th Pl.
Palos Park, IL 60464


New Homes Chicagoland
1730 N. Clark #404
Chicago, IL 60614

Newline Publishing
8 Lake Street
Rouses Point, NY 12979-1004


Nextel Accessories
5360 Capital Ct.
Reno, NV 89502


Nextel Communications
75 Remittance Dr.
Suite 93117
Chicago, IL 60675-3117


Nicor
PO Box 416
Aurora, IL 60568-0001


Nigro & Westfall
1793 Bloomingdale Road
Arrt: Scott Chase
Glendale Heights, IL 60139


Nimi Kapur
1850 Bolleana Ct.
Schaumburg, IL 60195


Noonan & Lieberman
105 W. Adams #3000
Chicago, IL 60603


Norridge Sewer & Water Const.
9233 W. Cherry Ave.
Franklin Park, IL 60131


Northern Key & Lock
4702 Route 176
Crystal Lake, IL 60014


Northwoods Construction
18725 Crowley Road
Harvard, IL 60033


Nova Consulting Group
1107 Hazeltine Blvd., Suite 400
Chaska, MN 55318

NuMill Inc.
PO Box 5355
Glendale Heights, IL 60139


Nuper Sound
556 Anita Street
Des Plaines, IL 60016


Oak Brook Bank
Attn: John Bonino
1400 Sixteenth Street
Oak Brook, IL 60523


OCE USA
12379 Collections Center Dr.
Chicago, IL 60693


Onyx Waste Svcs.
135 S. LaSalle
Dept. 8181
Chicago, IL 60674-8173


Orkin Exterminating
5840 N. Lincoln Ave.
Chicago, IL 60659-4611


PAF & Associates
1207 W. Algonquin Rd.
Algonquin, IL 60102


Pankaj Bahalkia (Pro Health)
3773 W. Devon Ave.
Lincolnwood, IL 60712


Paresh & Rita Patel
3605 Donald Ct.
Glenview, IL 60025


Parkway Bank & Trust Co.
c/o Scott & Kraus
150 S. Wacker #2900
Chicago, IL 60606

Parkway Bank and Trust
Attn: Mark Shekerjian
4800 N. Harlem
Harwood Heights, IL 60706

Patel Gautam
c/o Jeffrey J. Levine
20 N. Clark St. #800
Chicago, IL 60602

Patel Natvarlal
c/o McCracken & Walsh
134 N. LaSalle Street
Chicago, IL 60602

Patrick B. Hurley
1755 S. Naperville Road
Suite 200
Wheaton, IL 60187

Patrick Landscaping
759 Luther Dr.
Romeoville, IL 60446

Paul Jotwani
3 Kingsbird Court
Schaumburg, IL 60195

Paulina G. Aureus

Pella Window
PO Box 1546
Bensenville, IL 60106-8546

Peoples Energy
PO Box 0
Chicago, IL 60690-3991

Peoples Gas
Waukegan, IL 60087-0001

Phils Construction
2734 N. Artesian #200
Chicago, IL 60647


Pinta's Cultured Marble
5859 W. 117th Pl.
Alsip, IL 60803


Pittney Bowes
PO Box 856460
Louisville, KY 40285-6460


Planned Pluming
25 E. University Dr.
Arlington Heights, IL 60004


Plote Inc.
1100 Brant Dr.
Elgin, IL 60120


Polar Heating & Cooling Inc.
10735 Wolf Dr.
Huntley, IL 60142


Poli Contracting
22806 W. Loon Lake Blvd.
Antioch, IL 60002


Postage Previlege
PO Box 856042
Louisville, KY 40285-5042


Powers Enterprises Inc.
11725 S. Ridgeland Ave.
Suite 29
Worth, IL 60482


PPGAF
PO Box 101397
Atlanta, GA 30392-1397


Prakash & Rekha Motagi
19 Windflower Ct.
Reisterstown, MD 21136

Precision Blue
3010 Woodcreek Drive, Suite G
Downers Grove, IL 60515


Preferred Paving Co.
PO Box 8494
Rolling Meadows, IL 60008


Premium Drywall Inc.
458 W. 5th Ave.
Naperville, IL 60563


Prime Wireless
888 S. Rt. 59, Suite 112
Naperville, IL 60540


Pritam Deol
1028 Beninford Lane
Westmont, IL 60559


Prodsoft Technology Group, Inc.
PO Box 212
Itasca, IL 60143-0212


Productivity Point
2001 Butterfield Road, Suite 1050
Downers Grove, IL 60515


Prof. Bala Chandran
3269 Prestwick
Northbrook, IL 60062


Pronto Express
Dept. CH101172
Palatine, IL 60055-0172


Pronto Masonry Inc.
PO Box 7294
Villa Park, IL 60181


PSI Inc.
117 Main Street
West Chicago, IL 60185

Qamar Tanvir Abbasi
1111 Burlington Ave. #409
Lisle, IL 60532


Quality Blueprint Inc.
624 E. St. Charles Road
Carol Stream, IL 60188


Quarles & Brady
500 W. Madison, Suite 3700
Chicago, IL 60661


Quill
PO BOx 94081
Palatine, IL 60094-4081


Qusai Vajihuddin
6 The Paddockes Wembly Park
Mieelesex HA9 9HE British West Indi


Qwest
425 Technology Dr.
Malvern, PA 19355


R&D Thiel
2340 Newburg Road
Belvidere, IL 61008


Rahul & Sujata Deepankar
4851 Thornbark Dr.
Barrington, IL 60010


Rainbow Lighting Inc.
3545 Commercial
Northbrook, IL 60062


Rajasekhara Shiva & Sheela
6204 Lilac Bush Lane
Clarksville, MD 21029


Rajesh Chotalia
3773 W. Devon Ave.
Lincolnwood, IL 60712